EASTERN DISTRICT ARKANSAS
FILED
NOV - 3 2026
IN OPEN COURT
TAMMY H. DOWNS
By: DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:26CR 00229 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| TONY THOMAS | ) | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

A. On or about August 14, 2026, the defendant,

TONY THOMAS,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Theft by Receiving, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-25-3230;
2. Possession of Firearm by Certain Persons, in Dallas County, Arkansas, Circuit Court in Case Number 20CR-22-38;
3. Criminal Mischief in the First Degree, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-20-4465; and
4. Breaking or Entering and Theft of Property, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-20-3954.

3

B. On or about August 14, 2026, in the Eastern District of Arkansas, the defendant,

TONY THOMAS,

knowingly possessed, in and affecting commerce, a firearm, that is: a 9mm CZ Shadow, bearing serial number J139571, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, TONY THOMAS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property: 9mm CZ Shadow, bearing serial number J139571.

☐ NO TRUE BILL. ☑ TRUE BILL.

REDACTED SIGNATURE

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

By: KEYLIE POWELL
Assistant United States Attorney
Bar No. 2022230
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
keylie.powell@usdoj.gov